HEPTIG LAW GROUP, LTD.
J. Pat Heptig (*pro hac vice*)
pheptig@heptiglaw.com
5400 LBJ Frwy., Suite 1200
Dallas, TX 75240
Tel: (214) 451-2154
Fax: (214) 210-5941

Attorneys for Defendants Apogee Software Ltd., Action Entertainment, Inc., Radar Group, LLC, and Scott Miller

THE LOVELL FIRM
Tre Lovell
tre@lovellfirm.com
1880 Century Park East, Suite 1402
Century City, CA 90067
Tel: (310) 275-2100
Fax: (310) 282-0488

Attorneys for Plaintiffs Darin Scott, Edward Polgardy, and Cinemagraphix Entertainment

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARIN SCOTT, EDWARD POLGARDY, and CINEMAGRAPHIX ENTERTAINMENT,

Plaintiffs,

vs.

APOGEE SOFTWARE, LTD., ACTION ENTERTAINMENT, INC., RECOIL GAMES LTD., RADAR GROUP, LLC and SCOTT MILLER,

Defendants.

Case No. 2:08-CV-00414 AHM (SSx)

**JURY TRIAL DEMANDED**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Hon. A. Howard Matz

Pursuant to a settlement agreement between the parties and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Darin Scott, Edward Polgardy, and Cinemagraphix Entertainment hereby stipulate to dismissal of this action, with prejudice, as follows:

1. Any and all claims that were or could have been asserted by the plaintiffs in this action against the defendants are dismissed with prejudice; and

2. Each party shall bear its own costs and expenses.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IT IS SO ORDERED
Dated MAY 1_ 2009

United States District Judge

Dated: May __, 2009

Respectfully submitted,

______________________

Tre Lovell
THE LOVELL FIRM
1880 Century Park East, Suite 1402
Century City, CA 90067
ATTORNEYS FOR PLAINTIFFS

And

J. Pat Heptig (*pro hac vice*)
HEPTIG LAW GROUP, LTD.
5400 LBJ Frwy., Suite 1200
Dallas, TX 75240
ATTORNEYS FOR DEFENDANTS

Dated: May 12, 2009

Respectfully submitted,

Tre Lovell
THE LOVELL FIRM
1880 Century Park East, Suite 1402
Century City, CA 90067
ATTORNEYS FOR PLAINTIFFS

And

J. Pat Heptig (*pro hac vice*)
HEPTIG LAW GROUP, LTD.
5400 LBJ Frwy., Suite 1200
Dallas, TX 75240
ATTORNEYS FOR DEFENDANTS